## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

IEACIS DAVIS, individually and on behalf
of others similarly situated,

   Plaintiff,

v.              CV 12-0388 WPL/KBM

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,

   Defendant.

## JUDGMENT

  Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the order entered

on this date, this case and all of Plaintiff's claims are hereby DISMISSED as moot.

_____
William P. Lynch
United States Magistrate Judge